UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FRANKLIN EDISON LLIVI MARCATOMA,

Petitioner,

v.

WILLIAM JOYCE, in his official capacity as Acting New York Field Office Director for U.S. Immigration and Customs Enforcement; MARKWAYNE MULLIN, Secretary of the Department of Homeland Security; TODD BLANCHE, Acting Attorney General,

Respondents.

26-CV-7329

ORDER

RONNIE ABRAMS, United States District Judge:

In Respondents' opposition to the pending habeas petition in the above captioned matter, they noted that a custody redetermination hearing is scheduled for September 8, 2026. Therefore, the hearing scheduled for that same date before this Court is adjourned. By September 9, 2026, the parties shall file a joint letter informing the Court of what occurred at the custody redetermination hearing and proposing next steps in this case.

SO ORDERED.

Dated: September 3, 2026
New York, New York

Ronnie Abrams
United States District Judge