# KERBEN LAW FIRM, P.C.

80-02 Kew Gardens Road, Suite 307
Kew Gardens, New York 11415
Tel: (718) 255-8585 Fax: (718) 355-9394

September 09, 2026

**VIA ECF**
Hon. Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

**Re: Llivi Marcatoma v. Joyce et al., No. 26-cv-07329 (RA)**

Dear Judge Abrams:

I represent Petitioner Franklin Edison Llivi Marcatoma in the above-captioned habeas corpus proceeding.

Pursuant to the Court's September 3, 2026 Order, ECF No. 11, undersigned counsel writes to advise the Court regarding the status of this matter. After consultation with counsel, Petitioner has informed counsel that he does not wish to proceed with a custody redetermination hearing and no longer wishes to pursue the relief sought in his Petition for Writ of Habeas Corpus. Petitioner has instead expressed his desire to depart the United States voluntarily.

Accordingly, Petitioner respectfully requests that the Court dismiss this action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2) and close the case.

We thank the Court for its attention to this matter.

Respectfully submitted,

By: *<u>/s/ Reuben S. Kerben, Esq.</u>*
Reuben S. Kerben, Esq.
Kerben Law Firm P.C.
80-02 New Gardens Rd.
Suite 307
Kew Gardens, NY 11415

Email: rk@klf.nyc

*Attorney for Petitioner*

*cc: All counsel of record via ECF.*

Application granted. The stay of removal is lifted and this case is dismissed without prejudice. The Clerk of Court is respectfully directed to close this case.

SO ORDERED.

______________________
Hon. Ronnie Abrams
September 10, 2026